## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gerardo Alvarez

                                                   Plaintiff,

v.                                                          Case No.: 1:16−cv−08598
                                                          Honorable Robert W. Gettleman

Greenwise Organic Lawn Care LLC, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 12/6/2016. Defendants' motion [10] for judgment and motion to deposit funds [13] are withdrawn. Joint motion for settlement [18] of plaintiff's wage claims is granted. This case is dismissed without prejudice, to be converted to with prejudice on 1/12/2017. Civil case terminated. mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.